## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINO RECCHIA,<br><br>          Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES DEPARTMENT OF ANIMAL SERVICES, et al.,<br><br>          Defendant. | Case No. CV 12-7468 DDP (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered in favor of Defendants and dismissing this action with prejudice.

DATE:  October 16, 2013

                                              _____<br>
                                              HON. DEAN D. PREGERSON<br>
                                              UNITED STATES DISTRICT JUDGE