1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12   MARTINO RECCHIA,                )   Case No. CV 12-7468 DDP (MRW)
                                      )
13                      Plaintiff,    )
                vs.                   )   JUDGMENT
14                                    )
     CITY OF LOS ANGELES             )
15   DEPARTMENT OF ANIMAL            )
     SERVICES, et al.,                )
16                                    )
                        Defendant.    )
17                                    )
     _____
18

19         Pursuant to the Order Accepting Findings and Recommendations of the

20   United States Magistrate Judge,

21         IT IS ADJUDGED that Judgment be entered in favor of Defendants and the

22   action is dismissed with prejudice.

23

24   DATE:  October 16, 2013      _____

25                                HON. DEAN D. PREGERSON
                                  UNITED STATES DISTRICT JUDGE
26

27

28